| | |
|---|---|
| 1 | Dan Hartsfield (Tex. Bar No. 0917088) |
|   | Conor J. Dale (State Bar No. 274123) |
| 2 | JACKSON LEWIS P.C. |
|   | 50 California Street, 9th Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 394-9400 |
| 4 | E-mail: dan.hartsfield@jacksonlewis.com |
| 5 | Attorneys for Plaintiff |
|   | Lhoist North America of Arizona, Inc. |
| 6 | |
|   | David A. Rosenfeld (State Bar No. 058163) |
| 7 | Caren P. Sencer (State Bar No. 233488) |
|   | Weinberg, Roger & Rosenfeld, |
| 8 | A Professional Corporation |
|   | 1001 Marina Village Parkway, Suite 200 |
| 9 | Alameda, California 94501 |
|   | Telephone: (510) 337-1001 |
| 10 | E-mail: drosenfeld@unioncounsel.net |
|    | csencer@unioncounsel.net |
| 11 | |
|    | Attorneys for Defendants |
| 12 | International Association of Machinists and |
|    | Aerospace Workers, Local Lodge No. 93, |
| 13 | International Brotherhood of Teamsters, |
|    | Chauffeurs, Warehousemen and Helpers of |
| 14 | America, Local No. 890, and International |
|    | Brotherhood of Electrical Workers, Local No. |
| 15 | 234 |
| 16 | Kenneth C. Absalom (State Bar No. 114607) |
|    | George R. Nemiroff (State Bar No. 262058) |
| 17 | Law Office of Kenneth C. Absalom |
|    | 200 Montgomery St., Suite 905 |
| 18 | San Francisco, California, 94104 |
|    | Telephone: (415) 392-5040 |
| 19 | E-mail: kenabsalom@333law.com |
|    | nemiroff@333law.com |
| 20 | |
|    | Attorneys for Defendant |
| 21 | International Union of Operating Engineers |
|    | Local No. 3 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| LHOIST NORTH AMERICA OF ARIZONA, INC., | Case Number: 5:16-cv-1331 |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |

1

| | |
|---|---|
| 1 | INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE |
| 2 | WORKERS, LOCAL LODGE NO. 93, INTERNATIONAL BROTHERHOOD OF |
| 3 | TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF |
| 4 | AMERICA, LOCAL NO. 890, INTERNATIONAL BROTHERHOOD OF |
| 5 | BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, |
| 6 | AFL-CIO, CEMENT, LIME, GYPSUM AND ALLIED WORKERS DIVISION, DNCL, |
| 7 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 234, |
| 8 | AND INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3, |
| 9 | |
| 10 | Defendants. |

Pursuant to United States District Court, Northern District of California Local Rule 6-2, the following Stipulation is entered into by Plaintiff LHOIST NORTH AMERICA OF ARIZONA, INC. ("Plaintiff") and Defendants INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL NO. 890, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 234, AND INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3 ("Defendants") (collectively, the "Parties") by and through their counsel of record:

WHEREAS, the Court scheduled a case management conference in the above-referenced matter for June 15, 2016; and

WHEREAS, Plaintiff has filed a Complaint; and

WHEREAS, Defendants have filed a Motion to Dismiss the Complaint with prejudice; and

WHEREAS, Defendant's Motion to Dismiss is noticed to be heard on June 29, 2016; and

WHEREAS, Defendant THE INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, CEMENT, LIME, GYPSUM, AND ALLIED WORKERS DIVISION, DNCL has yet

1  to make an appearance in this case; and

2      WHEREAS, Plaintiffs and Defendant seek to preserve the time and resources of the Parties and the Court;

4      IT IS HEREBY STIPULATED AS FOLLOWS:

5      The June 15, 2016 case management conference is continued sixty-three (63) days to August 17, 2016, or to such a date thereafter as the Court may set. The deadlines to complete pre-case management conference tasks including, but not limited to, the service of initial disclosure statements and the filing of a joint case management conference statement, are similarly continued to dates consistent with the continued August 17, 2016 case management conference.

Dated: May 31, 2016    JACKSON LEWIS P.C.

    By: /s/ Conor J. Dale
    Dan Hartsfield
    Conor J. Dale
    Attorneys for Plaintiff
    LHOIST NORTH AMERICA OF
    ARIZONA, INC.

Dated: May 31, 2016    WEINBERG, ROGER & ROSENFELD

    By: /s/ Caren P. Sencer
    David A. Rosenfeld
    Caren P. Sencer
    Attorneys for Defendants
    INTERNATIONAL ASSOCIATION OF
    MACHINISTS AND AEROSPACE
    WORKERS, LOCAL LODGE NO. 93,
    INTERNATIONAL BROTHERHOOD OF
    TEAMSTERS, CHAUFFEURS,
    WAREHOUSEMEN AND HELPERS OF
    AMERICA, LOCAL NO. 890, AND
    INTERNATIONAL BROTHERHOOD OF
    ELECTRICAL WORKERS, LOCAL NO.
    234

//
//

1 | Dated: May 31, 2016                          LAW OFFICE OF KENNETH C. ABSALOM

                                                By:  /s/ George R. Nemiroff
                                                     Kenneth C. Absalom
                                                     George R. Nemiroff
                                                     Attorneys for Defendant
                                                     INTERNATIONAL UNION OF
                                                     OPERATING ENGINEERS LOCAL NO. 3

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: _____June 2_____, 2016

_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

---

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE                                  Case No. 5:16-cv-1331

4