# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHOIST NORTH AMERICA OF ARIZONA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01331 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE RE: STATUS OF SERVICE TO DEFENDANT BOILERMAKERS UNION**<br><br>Re: Dkt. No. 1 |

　　　In this Labor Management Relations Act case, defendant International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO, Cement, Lime, Gypsum, and Allied Workers Division, DNCL ("Boilermakers Union") has not appeared and apparently has not been served. Plaintiff Lhoist is ordered to explain the status of service of the complaint on Boilermakers Union by June 17, 2016.

　　　**IT IS SO ORDERED.**

Dated: June 10, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 16-cv-01331 NC