UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHOIST NORTH AMERICA OF ARIZONA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93, et al.,<br><br>Defendants. | Case No. 16-cv-01331 NC<br><br>**ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO SERVE DEFENDANT BOILERMAKERS UNION**<br><br>Re: Dkt. No. 19 |

In this Labor Management Relations Act case, plaintiff Lhoist has attempted to serve defendant International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO, Cement, Lime, Gypsum, and Allied Workers Division, DNCL ("Boilermakers Union") through various means, but has been unsuccessful. *See* Dkt. No. 19. Lhoist requests additional time to serve Boilermakers Union. *Id*. Lhoist must serve Boilermakers Union or submit an update by July 8, 2016.

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-01331 NC