```
Dan Hartsfield (Tex. Bar No. 0917088)
Conor J. Dale (State Bar No. 274123)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: conor.dale@jacksonlewis.com

Attorneys for Plaintiff
LHOIST NORTH AMERICA OF
ARIZONA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| LHOIST NORTH AMERICA OF ARIZONA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL NO. 890, INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, CEMENT, LIME, GYPSUM AND ALLIED WORKERS DIVISION, DNCL, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 234, AND INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3, <br><br> Defendants. | Case Number: 5:16-cv-1331 <br><br> **PLAINTIFF LHOIST NORTH AMERICA OF ARIZAONA, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 29, 2016 MOTION TO DISMISS HEARING; [~~PROPOSED~~] ORDER** |

1

PLAINTIFF'S REQUEST TO APPEAR
TELEPHONICALLY AT THE MOTION
TO DISMISS HEARING; [~~PROPOSED~~] ORDER                   Case No. 5:16-cv-1331

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Lhoist North America of Arizona, Inc. respectfully requests to appear telephonically at the June 29, 2016 hearing regarding the motion to dismiss filed by Defendants International Association of Machinists and Aerospace Workers, Local Lodge No. 93, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local No. 890, and International Brotherhood of Electrical Workers, Local No. 234 as lead counsel for Plaintiff is based on in Dallas, Texas.  Plaintiff shall be available to appear telephonically at (214) 908-0193 on June 29, 2016 at 1:00 PM PST., and remain available until called by the Court.

Dated:  June 27, 2016

JACKSON LEWIS P.C.

By:  /s/ Conor J. Dale
Dan Hartsfield
Conor J. Dale
Attorneys for Plaintiff
LHOIST NORTH AMERICA OF ARIZONA, INC.

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: _____June 27_____, 2016



GRANTED
Judge Nathanael M. Cousins

PLAINTIFF'S REQUEST TO APPEAR
TELEPHONICALLY AT THE MOTION
TO DISMISS HEARING; [~~PROPOSED~~] ORDER

Case No. 5:16-cv-1331