| | |
|---|---|
| 1 | Dan Hartsfield (Tex. Bar No. 0917088) |
| | Conor J. Dale (State Bar No. 274123) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 394-9400 |
| 4 | E-mail:  dan.hartsfield@jacksonlewis.com |
| 5 | Attorneys for Plaintiff |
| | Lhoist North America of Arizona, Inc. |
| 6 | |
| 7 | David A. Rosenfeld (State Bar No. 058163) |
| | Caren P. Sencer (State Bar No. 233488) |
| 8 | Weinberg, Roger & Rosenfeld, |
| | A Professional Corporation |
| 9 | 1001 Marina Village Parkway, Suite 200 |
| | Alameda, California  94501 |
| 10 | Telephone:  (510) 337-1001 |
| | E-mail:  drosenfeld@unioncounsel.net |
| 11 | csencer@unioncounsel.net |
| 12 | Attorneys for Defendants |
| | International Association of Machinists and |
| 13 | Aerospace Workers, Local Lodge No. 93, |
| | International Brotherhood of Teamsters, |
| 14 | Chauffeurs, Warehousemen and Helpers of |
| | America, Local No. 890, and International |
| 15 | Brotherhood of Electrical Workers, Local No. 234 |
| 16 | Kenneth C. Absalom (State Bar No. 114607) |
| | George R. Nemiroff (State Bar No. 262058) |
| 17 | Law Office of Kenneth C. Absalom |
| | 200 Montgomery St., Suite 905 |
| 18 | San Francisco, California, 94104 |
| | Telephone:  (415) 392-5040 |
| 19 | E-mail:  kenabsalom@333law.com |
| | nemiroff@333law.com |
| 20 | |
| 21 | Attorneys for Defendant |
| | International Union of Operating Engineers |
| | Local No. 3 |

1

JOINT STIPULATION AND
ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE                    Case No. 5:16-cv-1331

1
2  Jason R. McClitis (Kan. State Bar No. 25610)
   Blake & Uhlig, P.A.
3  753 State Ave, Suite 475
   Kansas City, KS, 66101
4  Telephone: (913) 321-8884
   E-mail: jrm@blake-uhlig.com
5  *Admitted Pro Hac Vice*

6  Attorney for Defendant
   International Brotherhood of Boilermakers,
7  Iron Ship Builders, Blacksmiths, Forgers and
   Helpers, AFL-CIO, Cement, Lime, Gypsum,
8  and Allied Workers Division, DNCL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| LHOIST NORTH AMERICA OF ARIZONA, INC., | Case Number: 5:16-cv-1331 |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL NO. 890, INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, CEMENT, LIME, GYPSUM AND ALLIED WORKERS DIVISION, DNCL, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 234, AND INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3, | Judge:       The Hon. Nathanael Cousins<br>Department: Courtroom 7- 4th Floor |
| Defendants. | |

2

Plaintiff LHOIST NORTH AMERICA OF ARIZONA, INC. ("Plaintiff," "Lhoist," or the "Company") and Defendants INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93 ("IAM Local 93"), INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL NO. 890 ("Teamsters Local 890"), INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 234 ("IBEW Local 234"), INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 3 ("Operating Engineers Local 3"), AND THE INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, CEMENT, LIME, GYPSUM, AND ALLIED WORKERS DIVISION, DNCL ("Boilermakers DNCL") ("Defendants" or the "Unions") (collectively, the "Parties") by and through their counsel of record, jointly enter into the following stipulation:

WHEREAS the Parties have reached a complete and final settlement of the above-referenced matter, including an agreement that the matter be dismissed with prejudice in its entirety;

IT IS HEREBY STIPULATED that the above-referenced matter be dismissed with prejudice in its entirety, with each side to bear their own fees and costs.

Dated: November 29, 2016                     JACKSON LEWIS P.C.

                                             By:   */s/ Conor J. Dale*
                                                   Dan Hartsfield
                                                   Conor J. Dale
                                                   Attorneys for Plaintiff
                                                   LHOIST NORTH AMERICA OF
                                                   ARIZONA, INC.

//
//

| | |
|---|---|
| Dated: November 29, 2016 | WEINBERG, ROGER & ROSENFELD |
| | By:/s/ Caren P. Sencer<br>David A. Rosenfeld<br>Caren P. Sencer<br>Attorneys for Defendants<br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE NO. 93, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL NO. 890, AND INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 234 |
| Dated: November 29, 2016 | LAW OFFICE OF KENNETH C. ABSALOM |
| | By: /s/ George R. Nemiroff<br>Kenneth C. Absalom<br>George R. Nemiroff<br>Attorneys for Defendant<br>INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 3 |
| Dated: November 29, 2016 | BLAKE & UHLIG, P.A. |
| | By: /s/ Jason R. McClitis<br>Jason R. McClitis<br>Attorneys for Defendant<br>INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, CEMENT, LIME, GYPSUM, AND ALLIED WORKERS DIVISION, DNCL<br>*Admitted Pro Hac Vice* |

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: _November 29, 2016          _____
                                   NATHANAEL M. COUSINS
                                   UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins